

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-14-00248-CV

## IN RE MILESTONE LIFE SETTLEMENT FUND, LLC, MILEFUND, LLC, MILESTONE INVESTMENTS USA, LLC, RONALD NEWMAN, AND JEFFREY S. HOLLINGSWORTH

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

The petition for writ of mandamus is denied.


REX D. DAVIS
Justice


Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed September 18, 2014
[OT06]

